MARY GEARY, an Infant, by JAMES GEARY, Her Guardian ad Litem, Respondent, *v.* PERSIAN RUG MANUFACTORY, Appellant.

*Geary* v. *Persian Rug Manufactory,* 148 App. Div. 884, affirmed.
(Argued March 26, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frank V. Johnson* and *Amos H. Stephens* for appellant.

*Alfred M. Bailey, James A. Dayton* and *Solon Weit* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and MILLER, JJ. Absent: HOGAN, J.